UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| BERNICE BURSH, | |
| Plaintiff, | Case No. 5:18-cv-00608-DAE |
| v. | Honorable Judge David A. Erza |
| SECURITY SERVICE FEDERAL CREDIT UNION, | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES BERNICE BURSH, ("Plaintiff"), by and through his attorneys, SULAIMAN LAW GROUP, LTD., and, in support of his Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses their claims against the Defendant, SECURITY SERVICE FEDERAL CREDIT UNION , with  prejudice. Each party shall bear its own costs and attorney fees.

Dated: August 27, 2018

                                                 Respectfully Submitted,

/s/ Nathan C. Volheim (Lead Attorney)
Nathan C. Volheim, Esq. #6302103
*Counsel for Plaintiff*
Admitted in the Western District of Texas
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone (630) 568-3056
Fax: (630)575-8188
nvolheim@sulaimanlaw.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on August 27, 2018, a true and correct copy of the above and foregoing document was filed with the Court via CM/ECF and served on all parties requested electronic notification.

*/s/ Nathan C. Volheim*
Nathan C. Volheim